FORM 4

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Masimo Corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA;<br>OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK A. MORGAN, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER,<br><br>     Defendants. | Case No. 20-00690<br><br>**SUMMONS** |

**TO:** The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiffs' attorneys, whose names and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



 /s/ Mario Toscano
Clerk of the Court

 /s/ *Shara L. Aranoff*
Shara L. Aranoff
Alexander D. Chinoy
James M. Smith
Shelby M. Anderson

COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
saranoff@cov.com
achinoy@cov.com
jmsmith@cov.com
sanderson@cov.com
202-662-5997
*Counsel to Plaintiff*