## CERTIFICATE OF SERVICE

*Masimo Corp. v. United States of America et al.*
Case No. 20-00690

      Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on September 24, 2020, copies of the Summons and Complaint in the above-captioned case were served on the following parties by certified mail, return receipt requested:

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza - Room 346
Civil Division
New York, NY 10278

General Counsel Joseph L. Barloon
Office of the General Counsel
Office of the U.S. Trade Representative
600 17th Street, NW
Washington, DC 20006

Chief Counsel Scott K. Falk
Office of Chief Counsel
U.S. Customs & Border Protection
1300 Pennsylvania Ave., NW, Suite 4.4-B
Washington, DC 20229

*/s/ Shara L. Aranoff*
Shara L. Aranoff