## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. MARK A. BARNETT, CLAIRE R. KELLY, JENNIFER CHOE-GROVES

| | |
|---|---|
| LINDE ENGINEERING NORTH AMERICA LLC (FORMERLY LINDE ENGINEERING NORTH AMERICA INC.), <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK A. MORGAN, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER, <br><br> Defendants. | Case No. 20-02020 |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF ATTORNEY

PLEASE TAKE NOTICE that Shelby M. Anderson, an attorney who previously entered an appearance on behalf of the plaintiff in this action and the actions listed in the attached schedule, is leaving the firm and will no longer be participating in these actions. Pursuant to Rule 75 of the Rules of the United States Court of International Trade, please withdraw her appearance in this action and the actions listed in the attached schedule. Plaintiff remains represented by other counsel from Covington & Burling LLP, as reflected on the Court's docket.

Respectfully submitted,

/s/ *Shara L. Aranoff*
Shara L. Aranoff
Alexander D. Chinoy
James M. Smith

Dated: February 12, 2021

COVINGTON & BURLING LLP
850 10th Street, NW
Washington, D.C. 20001

Schedule to Notice of Withdrawal of Appearance

| Court Number | Party or Parties Represented |
| --- | --- |
| 20-02353 | New York Air Brake LLC |
| 20-01675 | Columbus McKinnon Corporation |
| 20-01609 | The Lincoln Electric Company, Welding, Cutting, Tools & Accessories LLC, J.W. Harris Co., Inc., Lincoln Global, Inc., Lincoln Electric Maquinas, S. de R.L. de C.V., Lincoln Electric Company of Canada LP, and The Lincoln Electric Company d/b/a Lincoln Electric Cutting Systems |
| 20-01583 | Pac Team America, Inc. |
| 20-00868 | Snow Joe LLC |
| 20-00769 | Shoe Show, Inc. |
| 20-00690 | Masimo Corporation |
| 20-03288 | Danieli Corporation |
| 20-03314 | CarpeVita USA LLC |